1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile: (510) 637-3724
      E-Mail:    christina.mccall@usdoj.gov
8
9  Attorneys for Plaintiff

10

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                                 OAKLAND DIVISION

14 UNITED STATES OF AMERICA,              )  No. 09-CR-0042 SBA
                                          )
15        Plaintiff,                      )  STIPULATION AND ORDER TO CONTINUE
                                          )  HEARING TO MARCH 11, 2015
16     v.                                 )
                                          )
17 DUONG LE,                              )  Date:  February 11, 2015
                                          )  Time:  10:00 a.m.
18                                        )  Court: Hon. Saundra B. Armstrong
          Defendant.                      )
19                                        )
                                          )
20

21     The above-captioned matter is set on February 11, 2015 before this Court for admission or

22 disposition of supervised release violation. The parties request that this Court continue this matter to

23 March 11, 2015.

24     This continuance will allow the reasonable time necessary to arraign Defendant on expected new

25 allegations in the petition to revoke, as well as for the parties to evaluate the case in light of the new

26 allegations and hopefully reach a suggested resolution.

27 //

28 //

STIP. REQ. TO CONTINUE HEARING
NO. CR-09-0042 SBA

The assigned probation officer is available on March 11, 2015.

DATED: February 4, 2015

Respectfully submitted,
MELINDA HAAG
United States Attorney

_____/s/_____
CHRISTINA MCCALL
Assistant United States Attorney

DATED: February 4, 2015

_____/s/_____
LAURA ROBINSON
Counsel for Defendant

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the hearing is continued until March 11, 2015.

IT SO ORDERED.

DATED: February 4, 2015

*Saundra B. Armstrong*
The Hon. Saundra B. Armstrong
United States District Court Judge

STIP. REQ. TO CONTINUE HEARING
NO. CR-09-0042 SBA